UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

TAUG N WALKER,

    Plaintiff,

v.                                           Case No: 5:23-cv-458-CEM-PRL

JASON HELTON, SCOTT JENSON
and RUSSELL EDWARDS,

    Defendants.

### ORDER

Plaintiff, proceeding *pro se,* initiated this case by filing a Civil Rights Complaint under 42 U.S.C. § 1983 and is proceeding on his Second Amended Complaint. (Doc. 26).

Pending before the Court are Plaintiff's "Urgent Motion to Conduct Discovery" (Doc. 27) and "Urgent Motion for Telephonic or Video Conference Hearing on TRO and Preliminary Injunction" (Doc. 28).[1] Both motions seek relief related to his then-pending motion for preliminary injunction. *See* Docs. 17, 27, 28. By Order dated November 13, 2023, the motion for preliminary injunction was denied. (Doc. 31). Accordingly, Plaintiff's Motions (Docs. 27 and 28) are **DENIED as moot.**

Also pending is Plaintiff's Motion to Answer Second Amended Complaint (Doc. 29), wherein he requests that the Court to direct the Defendants to respond to the Second Amended Complaint. On November 9, 2023, Defendants filed a Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. 30). Accordingly, Plaintiff's Motion (Doc. 29) is

---

[1] To the extent Plaintiff labels his motions as "urgent," this classification is a nullity. *See* Local Rule 1.09.

**DENIED** as moot.

    **IT IS SO ORDERED.**

    **DONE AND ORDERED** at Ocala, Florida, this 15th day of November 2023.

_____
PHILIP R. LAMMENS
United States Magistrate Judge

Copies to: Pro Se Parties, Counsel of Record