UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**TAUG N WALKER,**

      **Plaintiff,**

v.                                            Case No.  5:23-cv-458-CEM-PRL

**JASON HELTON, SCOTT JENSON, and RUSSELL EDWARDS,**

      **Defendants.**
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Alter or Amend the Judgment on TRO and Preliminary Injunction ("Motion," Doc. 34) filed pursuant to Rule 59(e), Federal Rules of Civil Procedure. On November 13, 2023, Plaintiff's Motion for Temporary Restraining Order and a Preliminary Injunction ("Order," Doc. 31) was denied.

Federal Rule of Civil Procedure 59(e) permits courts to alter or amend a judgment based on newly-discovered evidence or manifest errors of law or fact. *Arthur v. King*, 500 F.3d 1335, 1343 (11th Cir. 2007) "A manifest error is one that amounts to a 'wholesale disregard, misapplication, or failure to recognize controlling precedent.'" *Shuler v. Garrison*, 718 F. App'x 825, 828 (11th Cir. 2017) (quoting *Oto v. Metro. Life Ins. Co.*, 224 F.3d 601, 606 (7th Cir. 2000)). A movant cannot use

a Rule 59(e) motion to relitigate old matters or raise argument[s] or present evidence that could have been raised prior to the entry of judgment. *Michael Linet, Inc. v. Village of Wellington, Fla.*, 408 F.3d 757, 763 (11th Cir. 2005).

Plaintiff first argues that he is seeking to maintain the status quo, contrary to the Court's ruling. (Doc. 34 at 1–2). Next, Plaintiff argues that because he is indigent, he should not be required to post a security bond. *Id*. at 2. However, Plaintiff "concedes that he didn't comply with M.D. Fla. L. R. 6.01(a)(2), 6.02(a)(1) by not providing a precise and verified description of the conduct by the defendants, so the Court's denial on this ground was warranted." *Id*. Thus, Plaintiff has failed to provide a basis for this Court to alter its previous Order.

Therefore, it is **ORDERED** and **ADJUDGED** that Plaintiff's Motion to Alter or Amend (Doc. 34) is **DENIED.**

**DONE** and **ORDERED** in Orlando, Florida on December 7, 2023.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties